

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00567-CR

Gregory Patrick **MCBRIDE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2401
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's brief was originally due December 4, 2015, but was not filed. After we sent appellant notice pursuant to Rule 38.8 of the Texas Rules of Appellate Procedure, appellant filed a motion for extension of time to file appellant's brief, asking until January 7, 2016, an extension of thirty-four days. We **GRANT** appellant's motion and **ORDER** appellant to file the brief in this court on or before January 7, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court